No. 36, Misc. White v. California. Supreme Court of California. Motion for leave to file brief of National

Lawyers Guild, as *amicus curiae,* denied. Certiorari denied. *William B. Esterman* for petitioner. *Edmund G. Brown,* Attorney General of California, *William V. O'Connor,* Chief Deputy Attorney General, and *Elizabeth Miller,* Deputy Attorney General, for respondent.